**LAW OFFICE OF JILLIAN T. WEISS, P.C.**
ATTORNEYS AT LAW
774 FOURTH AVENUE
NO. 320173
BROOKLYN, NEW YORK 11232-9997
------------
(845) 709-3237
FAX: (845) 684-0160

| JILLIAN T. WEISS | JOSEPH D. WILLIAMS | HENRY E. JONES |
|---|---|---|
| jweiss@jtweisslaw.com | jwilliams@jtweisslaw.com | hejones@jtweisslaw.com |
| DIRECT: (845) 709-3237 | DIRECT: (917) 705-4333 | DIRECT: (212) 365-8849 |
| ADMITTED IN | ADMITTED IN | ADMITTED IN |
| NEW YORK AND NEW JERSEY ONLY | NEW YORK ONLY | NEW YORK ONLY |

**VIA ECF**

June 18, 2021

Hon. John J. Tharp, Jr.
United States District Court
Northern District of Illinois – Eastern Division
327 S. Church St.
Rockford, IL 61101

    Re:    *Emma Todd v. JB FOR GOVERNOR, an Illinois not-for-profit corporation, et al.*,
              Case No. 1:19-cv-00392

Your Honor:

    I represent Plaintiff Emma Todd in the above referenced matter. Defendants moved for Summary Judgment in this case on January 31, 2020. [ECF No. 39]. After Plaintiff's response papers filed on February 28, 2020 [ECF No. 49], and Defendant's reply on March 6, 2020 [ECF No. 56], the motion was fully submitted on March 6, 2020, a little over fifteen months ago.

    I am sure that this matter is being diligently pursued amidst the press of the court's business and the COVID-19 crisis. However, my client has inquired the status from me, and would appreciate any information that may be available.


Respectfully,

/s/ Jillian T. Weiss

Jillian Weiss