IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EMMA TODD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 00392 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| JB FOR GOVERNOR, an Illinois not-for-profit corporation, | ) ) ) | |
| | ) | |
| Defendant. | | |

**JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr. on a motion for summary judgment, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant JB For Governor, and against plaintiff Emma Todd. Defendant shall recover costs from plaintiff.

Dated: August 17, 2021

John J. Tharp, Jr.
United States District Judge